# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN JAMES SHACKELFORD,<br><br>             Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant | Case No.: 1:14-cv-00378-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,403.70 as authorized by 28 U.S.C. § 2412, and costs in the amount of $20.68 as authorized by 28 U.S.C. § 1920, be awarded subject to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), and the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **September 1, 2015**          /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE